UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENDRICK FELTON SHORTS        CIVIL ACTION

VERSUS                        NO. 10-1698

CAVALINO RESTAURANT, ET AL.   SECTION "C" (3)

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this ___1___ day ___July___, 2010.

_____
UNITED STATES DISTRICT JUDGE